■ RENEE KARFUNKEL, Appellant, v USLIFE CORP. et al., Respondents, et al., Defendants. NEIL BRENNER, Appellant, v GEORGE F. BAUGHMAN et al., Respondents, et al., Defendants. — Two orders, Supreme Court, New York County (Martin Evans, J.), entered on November 15, 1982 (Renee Karfunkel) and on November 22, 1982 (Neil Brenner), respectively, unanimously affirmed for the reasons stated by M. Evans, J., at Special Term. Respondents shall recover of appellants one bill of $75 costs and disbursements of these appeals. Concur — Sandler, J. P., Asch, Silverman, Fein and Milonas, JJ. [116 Misc 2d 841.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS TIRADO, Appellant. — Judgment, Supreme Court, Bronx County (Archie Gorfinkel, J.), rendered on July 7, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Asch, Silverman, Fein and Milonas, JJ.